| | |
|---|---|
| James H. Wilkins, #116364<br>Alyson A. Berg, #184795<br>WILKINS, DROLSHAGEN & CZESHINSKI LLP<br>7050 N. Fresno Street, Suite 204<br>Fresno, CA 93720<br>Telephone: (559) 438-2390<br>Facsimile: (559) 438-2393<br><br>Attorneys for Plaintiffs, GEORGE ANDROS and ALYSA ANDROS, Individuals, and FAIRWAY FARMS LP, a California partnership | (SPACE BELOW FOR FILING STAMP ONLY)<br><br> |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GEORGE ANDROS and ALYSA ANDROS, Individuals, and FAIRWAY FARMS LP, a California partnership,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>GREAT AMERICAN ASSURANCE COMPANY, an Ohio Corporation, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO.   04-CV-4612-JW<br><br>**STIPULATION AND ORDER AMENDING SCHEDULING ORDER** |

Whereas the parties have been diligently pursuing discovery; and whereas the parties have been unable to complete discovery; it is hereby agreed to by the parties and the Court that good cause is established to extend the following deadlines as set forth below.

The following deadlines are hereby amended from the Scheduling Order entered April 8, 2005.

　　1.　　The discovery cut-off is now extended to November 14, 2005.

　　2.　　Expert reports and designations are to be occur on November 4, 2005.

　　3.　　Supplemental expert disclosure is to occur on November 18, 2005.

　　4.　　Expert discovery cut-off is extended to December 19, 2005.

All other dates in the Scheduling Order remain.

Dated: September 2, 2005.

WILKINS, DROLSHAGEN & CZESHINSKI LLP

By *Alyson A Berg*
Alyson A. Berg
Attorneys for Plaintiffs, GEORGE ANDROS and ALYSA ANDROS, Individuals, and FAIRWAY FARMS LP, a California partnership

Dated: September 1, 2005.

CUMMINS & WHITE LLP

By *Siobhan M Bishop*
Siobhan M. Bishop
Attorneys for Defendant, GREAT AMERICAN ASSURANCE COMPANY

**IT IS SO ORDERED.**

Dated: 9/8/05

/s/ James Ware
James Ware
Judge of the United States District Court,
Northern Division

F:\Data\Andros\Pleading\stip.amend.sched.order.wpd

WILKINS,
DROLSHAGEN &
CZESHINSKI LLP
7050 N. Fresno Street
Suite 204
Fresno, CA 93720

- 2 -

Stipulation and Order Amending Scheduling Order

TOTAL P.02