1  James H. Wilkins, #116364
   Alyson A. Berg, #184795
2  WILKINS, DROLSHAGEN & CZESHINSKI LLP
   7050 N. Fresno Street, Suite 204
3  Fresno, CA 93720
   Telephone: (559) 438-2390
4  Facsimile: (559) 438-2393

5  Attorneys for Plaintiffs, GEORGE ANDROS and
   ALYSA ANDROS, Individuals, and FAIRWAY
6  FARMS LP, a California partnership

(SPACE BELOW FOR FILING STAMP ONLY)



IT IS SO ORDERED
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GEORGE ANDROS and ALYSA ANDROS, Individuals, and FAIRWAY FARMS LP, a California partnership,<br><br>Plaintiffs,<br><br>v.<br><br>GREAT AMERICAN ASSURANCE COMPANY, an Ohio Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 04-CV-4612-JW<br><br>**STIPULATION AND ORDER AMENDING SCHEDULING ORDER REGARDING EXPERTS** |

Whereas the parties have been diligently pursuing discovery; and whereas the parties have been unable to complete discovery under Federal Rule of Civil Procedure 26; it is hereby agreed to by the parties and the Court that good cause is established to extend the following deadlines as set forth below.

The following deadlines are hereby amended from the Scheduling Order entered April 8, 2005.

1. The discovery cut-off is now extended to November 14, 2005.

2. Expert reports and designations are to be occur on November 18, 2005.

3. Supplemental expert disclosure is to occur on December 2, 2005.

4. Expert discovery cut-off is extended to January 6, 2006.

5. Any party objecting to the qualifications or proposed testimony of an expert must file, serve and notice a motion to exclude the expert or any portion of the expert's testimony in writing in accordance with Civil Local Rule 7-2, for hearing no later than February 6, 2006 at 9:00 a.m.

All other dates in the Scheduling Order remain.

Dated: October 27, 2005.

WILKINS, DROLSHAGEN & CZESHINSKI LLP

By _____Alyson A. Berg_____
Alyson A. Berg
Attorneys for Plaintiffs, GEORGE ANDROS and ALYSA ANDROS, Individuals, and FAIRWAY FARMS LP, a California partnership

Dated: October 26, 2005.

CUMMINS & WHITE LLP

By _____Margaret R. Miglietta_____
Margaret R. Miglietta
Attorneys for Defendant, GREAT AMERICAN ASSURANCE COMPANY

**IT IS SO ORDERED.**

Dated: 10/28/05

_____James Ware_____
James Ware
Judge of the United States District Court, Northern Division

F:\Data\Andros\Pleading\stip.amend.sched.order.experts.wpd