IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| George Andros, et al., | NO. C 04-04612 JW |
| Plaintiffs, | **ORDER CONTINUING HEARING ON MOTIONS TO EXCLUDE; CONTINUING HEARING ON MOTION FOR SUMMARY JUDGMENT; SETTING CASE MANAGEMENT CONFERENCE** |
| v. | |
| Great American Assurance Company, | |
| Defendant. | |

The hearing on Plaintiffs' motions to exclude (Docket Nos. 34, 42), and Defendant's motion for summary judgment (Docket No. 46) currently scheduled for January 9, 2006, is continued to January 30, 2006 at 9:00 a.m.  Plaintiffs' ex parte applications for order shortening time for hearing on motions to exclude (Docket Nos. 30, 38) are denied.  Dates in the Court's prior scheduling orders in conflict with this Order are vacated.  The parties are ordered to appear for a case management conference on January 30, 2006 at 10:00 a.m.  The parties shall meet and confer and file a joint case management statement on or before January 20, 2006.

Dated: December 9, 2005            /s/ James Ware
04eciv4612sched                                   JAMES WARE
                                                     United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Alyson Anne Berg a.berg@wdcllp.com
James H. Wilkins j.wilkins@wdcllp.com
Larry M. Arnold larnold@cwlawyers.com

**Dated: December 9, 2005**                            **Richard W. Wieking, Clerk**


                                                       **By:_____/s/ JW Chambers____**
                                                       **Ronald L. Davis**
                                                       **Courtroom Deputy**

**United States District Court**
For the Northern District of California