James H. Wilkins, #116364
Alyson A. Berg, #184795
WILKINS, DROLSHAGEN & CZESHINSKI LLP
7050 N. Fresno Street, Suite 204
Fresno, CA 93720
Telephone: (559) 438-2390
Facsimile: (559) 438-2393

Attorneys for Plaintiffs, GEORGE ANDROS and ALYSA ANDROS, Individuals, and FAIRWAY FARMS LP, a California partnership

(SPACE BELOW FOR FILING STAMP ONLY)



IT IS SO ORDERED AS MODIFIED
/s/ James Ware
Judge James Ware

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| GEORGE ANDROS and ALYSA ANDROS, Individuals, and FAIRWAY FARMS LP, a California partnership,<br><br>Plaintiffs,<br><br>v.<br><br>GREAT AMERICAN ASSURANCE COMPANY, an Ohio Corporation, and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 04-CV-4612-JW<br><br>**STIPULATION AND ORDER FURTHER AMENDING SCHEDULING ORDER REGARDING EXPERT WITNESSES, AND CONTINUING HEARING ON DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND CASE MANAGEMENT CONFERENCE DATE PENDING MEDIATION** |

WHEREAS, the parties are desirous of submitting this matter for resolution by mediation and have agreed to submit the matter to mediation before Charles Hawkins;

WHEREAS, Charles Hawkins is unavailable to hear this matter until February 22, 2006, but has agreed to place this matter for preference in the event of a cancellation of another earlier scheduled matter;

WHEREAS, the parties have now resolved an issue raised by GREAT AMERICAN in connection with an exclusion in the second policy and GREAT AMERICAN has agreed to withdraw its designation of Mr. Gobbin as an expert, Plaintiffs have withdrawn the Motion to Strike Testimony of Mr. Gobbin identified as Docket Nos. 30-37.

WHEREAS, GREAT AMERICAN has agreed to withdraw its designation of non-retained experts, Mark Fredricksen, David Hindle and Barbara Spiker, and has further agreed that said individuals will not be called as witnesses at trial, Plaintiffs withdraw the Motion to Exclude Not Timely Identified Witnesses identified as Docket Nos. 38-45.

WHEREAS, the parties have now resolved their dispute regarding an extension of certain deadlines as set forth herein, it is further understood that GREAT AMERICAN is withdrawing its request for an Order seeking a continuance and that Docket Nos. 64-69 are now withdrawn.

It is hereby stipulated and agreed to by the parties through their respective counsel and the Court that good cause is established to extend the deadlines regarding the depositions of expert witnesses and to continue the hearing on Defendant's Motion for Summary Judgment/Adjudication and the Case Management Conference as set forth below.

The following deadlines are hereby further revised from the amended Scheduling Order entered on October 28, 2005 (Docket No. 26):

1. The discovery cut-off for taking the depositions of the designated experts is extended to March 10, 2006.

2. Any party objecting to the qualifications or proposed testimony of an expert must file, serve and notice a motion to exclude the expert or any portion of the expert's testimony in writing in accordance with Civil Local Rule 7-2 for hearing no later than May 1, 2006, at 9:00 a.m.

The hearing on Defendant's Motion for Summary Judgment (Docket No. 46-54) as modified by Defendant's Notice of Withdrawal of Portion of Motion for Summary Judgment (Docket No. 57), including Defendant's Supplemental Motion for Summary Adjudication (Docket No. 59-63) currently scheduled for hearing on January 30, 2006 (per Docket No. 55) is continued to May 1, 2006 at 9:00 a.m.

The parties shall submit the matter to mediation on or before February 22, 2006.

The January 30, 2006, further Case Management Conference (per Docket No. 55) is vacated and the conference is continued to May 1, 2006 at 10:00 a.m.

///

WILKINS, DROLSHAGEN & CZESHINSKI LLP
7050 N. Fresno Street, Suite 204
Fresno, CA 93720

-2-

Stipulation and Order Further Amending Scheduling Order

The parties shall meet and confer and file a further Joint Case Management Statement on or before March 31, 2006.

Dated: December 25, 2005.

WILKINS, DROLSHAGEN & CZESHINSKI LLP

By /s/ James H. Wilkins
Attorneys for Plaintiffs, GEORGE ANDROS and ALYSA ANDROS, Individuals, and FAIRWAY FARMS LP, a California partnership

Dated: December 25, 2005.

CUMMINS & WHITE LLP

By /s/ Larry Arnold
Attorneys for Defendant, GREAT AMERICAN ASSURANCE COMPANY

ADDITIONALLY, THE PRELIMINARY PRETRIAL/TRIAL SETTING CONFERENCE IS CONTINUED FROM 02/27/06 TO 06/12/06 @ 11:00AM.

**IT IS SO ORDERED.**

Dated: 01/03/06

/s/ James Ware
James Ware
Judge of the United States District Court,
Northern Division

F:\Data\Andros\Pleading\stip further amend.sched.order experts.wpd