1  CUMMINS & WHITE, LLP
   Larry M. Arnold, P.C., Bar No. 060459
2  Margaret R. Miglietta, Bar No. 116026
   2424 S.E. Bristol, Suite 300
3  Newport Beach, CA 92660-0757
   Telephone: (949) 852-1800
4  Facsimile: (949) 852-8510
   E-Mail: larnold@cwlawyers.com
5          mmiglietta@cwlawyers.com

6  Attorneys for Defendant
   GREAT AMERICAN ASSURANCE
7  COMPANY

**IT IS SO ORDERED**
*[signature]*
Judge James Ware

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE ANDROS and ALYSA ANDROS, individuals, and FAIRWAY FARMS LP, a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>GREAT AMERICAN ASSURANCE COMPANY, an Ohio Corporation, and DOES 1 through 50, inclusive<br><br>Defendants. | CASE NO. 04-CV-4612 JW<br><br>**STIPULATION FOR DISMISSAL ACTION** |

IT IS HEREBY STIPULATED by the parties to this action through and by their respective designated counsel that all claims are hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1).

Dated: 3/14/2006

WILKINS, DROLSHAGEN & CZESHINSKI

By: *[signature]*

James H. Wilkins, Esq.
Attorneys for Plaintiff
FAIRWAY FARMS, LLP, GEORGE ANDROS and ALYSA ANDROS

-1-
CASE NO. 04-CV-4612 JW
STIPULATION FOR DISMISSAL ACTION

{q436|281161.DOC;1}

1 | Dated: 3/16/06      CUMMINS & WHITE, LLP
2
3                       By: /s/
4                       Larry M. Arnold, P.C.
                        Attorneys for Defendant
5                       GREAT AMERICAN ASSURANCE
                        COMPANY

6      **GOOD CAUSE APPEARING**, the Court orders this action dismissed in its entirety
7 with prejudice.
8
9 Dated:  MARCH 20, 2006
                            /s/ James Ware
10                          Hon. James Ware
                            U.S. DISTRICT JUDGE

-2-

CASE NO. 04-CV-4612 JW
STIPULATION FOR DISMISSAL ACTION

|q436|281161.DOC;1|


**CERTIFICATE OF SERVICE**

I hereby certify that on March 15, 2006, the foregoing **STIPULATION FOR DISMISSAL ACTION** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: March 15, 2006

CUMMINS & WHITE, LLP

By: _____
Larry M. Arnold, P.C.
Attorneys for Defendant
GREAT AMERICAN ASSURANCE COMPANY